THE STATE EX REL. LYNCH, APPELLANT, *v.* TOLEDO AREA
REGIONAL TRANSIT AUTHORITY ET AL., APPELLEES.

[Cite as *State ex rel. Lynch v. Toledo Area Regional Transit
Auth.*, **122 Ohio St.3d 81, 2009-Ohio-2609.**]

(No. 2008–1484—Submitted May 19, 2009—Decided June 10, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.

LANZINGER, J., not participating.

Gallon, Takacs, Boissoneault & Schaffer Co., L.P.A., and Theodore A. Bowman, for appellant.

Richard Cordray, Attorney General, and Douglas R. Unver, Assistant Attorney General, for appellee Industrial Commission of Ohio.